

**VIA ECF**

August 30, 2021

The Honorable Eric N. Vitaliano,
 United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Juliana Barile</u>, Crim No. 21-cr-441 (ENV)

Dear Judge Vitaliano:

      This firm represents Juliana Barile in the above referenced matter. Pursuant to § 15002(b)(1) of the CARES Act, Ms. Barile consents to waive an in-person appearance and proceed with her change of plea hearing via video teleconferencing.

                                  Sincerely,

                                  Michael Baldassare

cc:    Meredith Arfa, Assistant United States Attorney
        David Kessler, Assistant United States Attorney