BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 8/31/2021

CRIMINAL CAUSE FOR GUILTY PLEA (VIA MICROSOFT TEAMS)

**DOCKET # 21CR441 (ENV)**

| Defendant | COUNSEL |
|---|---|
| Julianna Barile | Michael Baldassare |

AUSA: David Kessler and Meredith Arfa

Interpreter: n/a

COURT REPORTER: Linda Marino

Pretrial Officer: Anna Lee

Courtroom Deputy: William Villanueva

X    COUNSEL FOR DEFENDANT ADMITTED FOR THE PURPOSES OF THIS HEARING. COUNSEL WILL FILE ATTORNEY ADMISSION PAPERS

X    DEFT SWORN

X    CASE CALLED FOR PLEADING

X    DEFENDANT WAIVES INDICTMENT.

X    DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 1 OF THE INFORMATION

X    COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO <u>COUNT 1 OF THE INFORMATION</u>

X    SURETY NANCY BARILE ADVISED OF THE POTENTIAL EXPOSURE OF BOND. COURT AWAITING HER SIGNAURE ON THE BOND.

X    BAIL GRANTED

Time in Court: 60 MINUTES